**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ABDULHAMID MOHAMED AUN,

    Plaintiff,

v.                            CASE NO: 19-CV-11143

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    This matter is before the court on cross motions for summary judgment. The case was referred to United States Magistrate Anthony P. Patti pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued his report on August 3, 2020 recommending that this court deny plaintiff's motion for summary judgment, and grant defendant's motion for summary judgment.  No objections have been filed pursuant to 28 U.S.C.  §636(b)(1)(C), thus further appeal rights are waived.[1]

    Accordingly, the court ADOPTS the recommended findings and conclusions of the Magistrate Judge.

**ORDER**

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Plaintiff's [11] Motion for Summary Judgment is **DENIED** and Defendant's [ 12] Motion for Summary judgment is **GRANTED.**

IT IS SO ORDERED.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: August 31, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 1, 2020, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (810) 292-6522