UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABDULHAMID MOHAMED AUN

    Plaintiff,

v.                                                        CASE NO: 19-CV-11143

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation granting defendant's motion for summary judgment and denying plaintiff's motion for summary judgment entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendant and against Plaintiff.

                                          ENTERED BY ORDER OF THE COURT

Dated: August 31, 2020           S/Lisa Wagner
                                              LISA G. WAGNER, CASE MANAGER AND
                                              DEPUTY CLERK TO THE HONORABLE
                                              ROBERT H. CLELEND